# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| Nazomi Communications, Inc., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 6:09-cv-00542-LED |
| Nokia Corporation, Nokia Inc., Microsoft Corporation, Amazon.com, Inc., Western Digital Corporation, Western Digital Technologies, Inc., Garmin Ltd., Garmin Corporation, Garmin International, Inc., Garmin USA, Inc., Sling Media, Inc., VIZIO, Inc., Iomega Corporation | ) **JURY TRIAL DEMANDED** |
| Defendants. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Nazomi Communications, Inc. ("Plaintiff") respectfully notifies the Court that, pursuant to Federal Rule of Procedure 41(a)(1)(A)(i), it voluntarily dismisses this action as to all Defendants without prejudice. Plaintiff represents that no Defendant has filed an answer or motion for summary judgment in this action, nor has any Defendant been served with process.

| | | |
|---|---|---|
| 1 | Dated: February 9, 2010 | Respectfully submitted, |

/s/Trey Yarbrough
Trey Yarbrough
Texas Bar No. 22133500
trey@yw-lawfirm.com
YARBROUGH WILCOX PLLC
100 E. Ferguson, Suite 1015
Tyler, Texas 75702
Telephone:   (903) 595-3111
Facsimile:    (903) 595-0191

ATTORNEY FOR PLAINTIFF NAZOMI COMMUNICATIONS, INC.

Of Counsel:

COOLEY GODWARD KRONISH LLP

Thomas J. Friel (CA 80065)
Iain R. Cunningham (CA 232357)
Erica C. Tierney (CA 253557)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:   (650) 843-5000
Facsimile:    (650) 857-0663
tfriel@cooley.com
icunningham@cooley.com
etierney@cooley.com

James P. Brogan (CO 32573)
Wayne O. Stacy (CO 32716)
380 Interlocken Crescent, Suite 900
Broomfield, CO 80021-8023
Telephone:   (720) 566-4000
Facsimile:    (720) 566-4099
jbrogan@cooley.com
wstacy@cooley.com

Attorneys for Plaintiff
NAZOMI COMMUNICATIONS, INC.